# United States Court of Appeals for the Federal Circuit

---

**NEENA BISWAS,**
*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

---

2023-1552

---

Petition for review of the Merit Systems Protection Board in No. DA-1221-15-0471-W-2.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 17, 2025
Date

Jarrett B. Perlow
Clerk of Court